UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) | 3:06CV01094<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| JOHNNIE FAYE WADE, INDIVIDUALLY AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS REPRESENTATIVE OF THE ESTATE OF JOHN THOMAS SPEARS, DECEASED<br>Plaintiff<br><br>vs.<br><br>PFIZER, INC., ET AL.<br>Defendants ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, JOHNNIE FAYE WADE, INDIVIDUALLY AND ON

BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS REPRESENTATIVE

OF THE ESTATE OF JOHN THOMAS SPEARS, DECEASED, and Defendants, by and

through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal of this action with prejudice with each side

bearing its own attorneys' fees and costs.

DATED: _Aumy 20_, 2009        By: _____

Attorneys for Plaintiff,
Johnnie Faye Wade, Individually
and O/B/O All Wrongful Death
Beneficiaries and As
Representative of the Estate of
John Thomas Spears, Deceased

DATED: _December 15_, 2009        By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

1

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____ JAN - 4 2010

Hon. Charles R. Breyer
United States District Court

2